COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

 

                                                                              )

                                                                              )

                                                                              )              No.  08-04-00007-CV

                                                                              )

IN RE:  MARTHA DRUSINA BENITEZ             )     AN ORIGINAL
PROCEEDING

                                                                              )

                                                                              )                
IN MANDAMUS

                                                                              )

                                                                              )

 

 

MEMORANDUM  OPINION
ON WRIT OF MANDAMUS

 

Relator Martha Drusina Benitez
has filed a pro se petition for writ of mandamus, seeking review of a
summary judgment and requesting that the trial judges be recused.  A writ of mandamus will issue only to correct
a clear abuse of discretion when there is no other adequate remedy at law.  Walker v. Packer, 827 S.W.2d 833, 839
(Tex. 1992)(orig. proceeding).  An appeal is an adequate remedy at law for
both of Relator=s
complaints.  See Tex.R.App.P. 26.1(a); see also In re Union Pac.
Res. Co., 969 S.W.2d 427, 428-29 (Tex. 1998).  Accordingly, the petition for writ of
mandamus is denied.

 

 

February
5, 2004

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 1

Larsen, McClure, and Chew, JJ.